FILED

MAR - 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. **1 :26 CR 0 0 1 0 9** |
| RODERICK CROSS, JR. AKA CHUBB, | ) Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and (b)(1)(C), Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) |

**JUDGE RUIZ**

COUNT 1
(Distribution of Cocaine Base ("Crack"), 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about March 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant RODERICK CROSS, JR. aka CHUBB, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Cocaine and Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about March 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant RODERICK CROSS, JR. aka CHUBB, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine and fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

ENHANCED PENALTY UNDER TITLE 21,
UNDER STATES CODE, SECTION 841(b)(1)(C)
(Death or Serious Bodily Injury Resulting from Use of Controlled Substance,
in violation of 21 U.S.C. § 841(b)(1)(C))

3.     The allegations of Count 2 are hereby re-alleged and incorporated herein. On or about March 15, 2025, in the Northern District of Ohio, Eastern Division, J.K., a person whose identity is known to the Grand Jury, did fatally ingest and overdose on a controlled substance, namely cocaine and fentanyl, which RODERICK CROSS, JR. aka CHUBB, had distributed to J.K.

4.     As a result of RODERICK CROSS, JR. aka CHUBB's distribution of cocaine and fentanyl as alleged in Count 2, death did result from the use of cocaine and fentanyl, Schedule II controlled substances.

5.     All in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

6.     On or about April 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant RODERICK CROSS, JR. aka CHUBB, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 4
(Possession with Intent to Distribute Para-flourofentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

The Grand Jury further charges:

8.     On or about April 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant RODERICK CROSS, JR. aka CHUBB, did knowingly and intentionally possess with the intent to distribute 10 grams or more of a mixture and substance containing a detectable amount of para-fluorofentanyl, Schedule I controlled substance and a fentanyl analogue, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTION 841(b)(1)(B)
(Prior Serious Violent Felony Conviction, 21 U.S.C. § 841(b)(1)(B))

9.     Before Defendant RODERICK CROSS, JR. aka CHUBB, committed the offense charged in Counts 3 and 4, the defendant had a final conviction for a serious violent felony, namely, a conviction under Ohio Revised Code Sections 2923.02 and 2903.02(A), to wit: Attempted Murder and Felonious Assault, Case No. 07CR074963, in Lorain County Court of Common Pleas, for which he served more than 12 months of imprisonment.

## COUNT 5
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

10.     On or about April 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant RODERICK CROSS, JR. aka CHUBB, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Murder and Felonious Assault, on or about May 07, 2010, in Case No. 07CR074963, in the Lorain County Common Pleas Court; Felonious Assault, on or about May 10, 2010, in Case No. 08CR076366, in the Lorain County Common Pleas Court; Robbery, on or about April 30, 2018, in Case No.

16CR095119; in the Lorain County Court of Common Pleas; Drug Trafficking and Drug Possession, on or about February 19, 2025, in Case No. 24CR112659, in the Lorain County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Ruger SR40 semiautomatic pistol serial number 342-01355, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 6

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

11.    On or about April 3, 2025, in the Northern District of Ohio, Eastern Division, Defendant RODERICK CROSS JR. aka CHUBB, knowing he had been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Murder and Felonious Assault, on or about May 07, 2010, in Case No. 07CR074963, in the Lorain County Common Pleas Court; Felonious Assault, on or about May 10, 2010 in Case No. 08CR076366, in the Lorain County Common Pleas Court; Robbery, on or about April 30, 2018, in Case No. 16CR095119; in the Lorain County Court of Common Pleas; Drug Trafficking and Drug Possession, on or about February 19, 2025, in Case No. 24CR112659, in the Lorain County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a PMA-15 rifle, serial number PMA1304, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

12.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 6, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant  RODERICK CROSS, JR. aka CHUBB, shall forfeit to the United States all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations, all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and all firearms and ammunition involved in or used in such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.