IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED MAR 12 2026**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:26-cr-00109 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Roderick Cross, Jr., Defendant. | ) | **WAIVER OF DETENTION HEARING AND ORDER** |

Roderick Cross, Jr., the above-named defendant, accused of having violated United States Codes: 21:841(a)(1) and (b)(1)(C) Distribution of Cocaine Base (Crack), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change pursuant to 18 USC 3142 (f)(2)(B).

_____
Defendant

_____
Counsel for Defendant

**IT IS SO ORDERED.**

_____
Jonathan D. Greenberg
United States Magistrate Judge